Local Bankruptcy Form 1007-6.1
# United States Bankruptcy Court
### District of Colorado

In re   Matthew Adam Epp
        Ashley Meghan Epp                                              ,
        *[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*
                                                    Debtor

Case No. _____

Address   1132 Koa Court
          Castle Rock, CO 80104

Chapter   13

Last four digits of Social-Security or Individual
TaxPayer-Identification (ITIN) No(s).,(if any):   xxx-xx-6580   xxx-xx-8219

Employer's Tax-Identification (EIN) No(s). (if any): _____

## Statement Under Penalty of Perjury Concerning Payment Advices

### Due Pursuant to 11 U.S.C. §521(a)(1)(B)(iv)

I*,  Matthew Adam Epp , state as follows:

I did not file with the court copies of some or all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

☐ a) I was not employed during the period immediately preceding the filing of the above-referenced case __;

☐ b) I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

☐ c) I am self-employed and do not receive any evidence of payment from an employer;

■ d) Other (please provide explanation)  Mr. Epp was on leave from work from 5/17 to filing.

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated:  June 25, 2019                         By:/s/ Matthew Adam Epp
                                              (Signature of Debtor)
                                              Matthew Adam Epp
                                              Printed name of Debtor
                                              1132 Koa Court
                                              Castle Rock, CO 80104-0000

                                              wasabimatt@hotmail.com

*A separate form must be signed for each Debtor.

1007-1 form

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| AMICI DELLA VERNA | | DBA MIDICI CASTLE ROCK #8476 | | PERIOD BEG: 05/13/19 | | 00052541 |
| --- | --- | --- | --- | --- | --- | --- |
| CASTLE ROCK CO 80108 | | 6360 PROMENADE PKWY STE 100 | | PERIOD END: 05/19/19 | | |
| | | | | CHECK DATE: 05/24/19 | NET PAY | 569.66 |
| NAME: MATTHEW EPP | | EMP#: 0097 | SSN#: XXX-XX-6580 | | | |

| EARNINGS | HOURS | GROSS | YEAR-TO-DATE | DEDUCTIONS | CURRENT | YEAR-TO-DATE |
| --- | --- | --- | --- | --- | --- | --- |
| MANAGER 18.26 | 40.00 | 730.76 | | SOC-SEC | 45.31 | 850.11 |
| ************ | **40.00 | ***730.76 | *13710.74 | MCARE | 10.60 | 198.88 |
| | | | | FED TAX | 75.19 | 1395.27 |
| Y-T-D HOURS | 761.28 | | | COLORADO STATE | 30.00 | 563.00 |
| SWT:S EX:00 | | | | | | |
| FWT:S EX:00 | | | | | | |
| | | 730.76 | 13710.74 | | 161.10 | |

| AMICI DELLA VERNA | | | DBA MIDICI CASTLE ROCK #8476 | | PERIOD BEG: 05/06/19 | | 00052503 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| CASTLE ROCK CO 80108 | | | 6360 PROMENADE PKWY STE 100 | | PERIOD END: 05/12/19 | | |
| | | | | | CHECK DATE: 05/17/19 | NET PAY | 569.66 |
| NAME: MATTHEW EPP | | | EMP#: 0097 | SSN#: XXX-XX-6580 | | | |
| EARNINGS | HOURS | GROSS | YEAR-TO-DATE | DEDUCTIONS | | CURRENT | YEAR-TO-DATE |
| MANAGER 18.26 | 40.00 | 730.76 | | SOC-SEC | | 45.31 | 804.80 |
| ************ | **40.00 | ***730.76 | *12979.98 | MCARE | | 10.60 | 188.28 |
| | | | | FED TAX | | 75.19 | 1320.08 |
| Y-T-D HOURS | 721.28 | | | COLORADO STATE | | 30.00 | 533.00 |
| SWT:S EX:00 | | | | | | | |
| FWT:S EX:00 | | | | | | | |
| | | 730.76 | 12979.98 | | | 161.10 | |

| AMICI DELLA VERNA<br>CASTLE ROCK CO 80108 | | | DBA MIDICI CASTLE ROCK #8476<br>6360 PROMENADE PKWY STE 100 | | PERIOD BEG: 04/29/19<br>PERIOD END: 05/05/19<br>CHECK DATE: 05/10/19 NET PAY | 00052467<br><br>569.66 |
|---|---|---|---|---|---|---|
| NAME: MATTHEW EPP | | | EMP#: 0097 | SSN#: XXX-XX-6580 | | |
| EARNINGS | HOURS | GROSS | YEAR-TO-DATE | DEDUCTIONS | CURRENT | YEAR-TO-DATE |
| MANAGER 18.26<br>************<br>Y-T-D HOURS<br>SWT:S EX:00<br>FWT:S EX:00 | 40.00<br>**40.00<br><br>681.28 | 730.76<br>***730.76 | *12249.22 | SOC-SEC<br>MCARE<br>FED TAX<br>COLORADO STATE | 45.31<br>10.60<br>75.19<br>30.00 | 759.49<br>177.68<br>1244.89<br>503.00 |
| | | 730.76 | 12249.22 | | 161.10 | |

| AMICI DELLA VERNA | | | DBA MIDICI CASTLE ROCK #8476 | | PERIOD BEG: 04/22/19 | | 00052430 |
|---|---|---|---|---|---|---|---|
| CASTLE ROCK CO 80108 | | | 6360 PROMENADE PKWY STE 100 | | PERIOD END: 04/28/19 | | |
| | | | | | CHECK DATE: 05/03/19 | NET PAY | 569.66 |
| NAME: MATTHEW EPP | | EMP#: 0097 | SSN#: XXX-XX-6580 | | | | |
| EARNINGS | HOURS | GROSS | YEAR-TO-DATE | DEDUCTIONS | | CURRENT | YEAR-TO-DATE |
| MANAGER 18.26 | 40.00 | 730.76 | | SOC-SEC | | 45.31 | 714.18 |
| ************ | **40.00 | ***730.76 | *11518.46 | MCARE | | 10.60 | 167.08 |
| | | | | FED TAX | | 75.19 | 1169.70 |
| Y-T-D HOURS | 641.28 | | | COLORADO STATE | | 30.00 | 473.00 |
| SWT:S EX:00 | | | | | | | |
| FWT:S EX:00 | | | | | | | |
| | | 730.76 | 11518.46 | | | 161.10 | |

| AMICI DELLA VERNA<br>CASTLE ROCK CO 80108 | | | DBA MIDICI CASTLE ROCK #8476<br>6360 PROMENADE PKWY STE 100 | | PERIOD BEG: 04/15/19<br>PERIOD END: 04/21/19<br>CHECK DATE: 04/26/19 NET PAY | | 00052396<br>569.66 |
|---|---|---|---|---|---|---|---|
| NAME: MATTHEW EPP | | | EMP#: 0097 | SSN#: XXX-XX-6580 | | | |
| EARNINGS | HOURS | GROSS | YEAR-TO-DATE | DEDUCTIONS | | CURRENT | YEAR-TO-DATE |
| MANAGER 18.26 | 40.00 | 730.76 | | SOC-SEC | | 45.31 | 668.87 |
| ************ | **40.00 | ***730.76 | *10787.70 | MCARE | | 10.60 | 156.48 |
| | | | | FED TAX | | 75.19 | 1094.51 |
| Y-T-D HOURS | 601.28 | | | COLORADO STATE | | 30.00 | 443.00 |
| SWT:S EX:00 | | | | | | | |
| FWT:S EX:00 | | | | | | | |
| | | 730.76 | 10787.70 | | | 161.10 | |



Slalom US   821 2nd Avenue Suite 1900 Seattle, WA 98104-1526
Ashley Epp   7846 Canvasback Cir Littleton, CO 80125

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ashley Epp | Slalom LLC | S017537 | 04/15/2019 | 04/28/2019 | 05/03/2019 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 5,230.77 | 394.00 | 966.88 | 33.50 | 3,836.39 |
| YTD | 56,139.06 | 3,152.00 | 11,927.67 | 339.80 | 40,927.55 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| CP Annual Bonus | | | 0 | | 9,108.27 | Federal Withholding | 432.94 | 5,976.82 |
| Exp Reimburse | | | 0 | | 207.96 | Medicare | 70.16 | 768.61 |
| GTL | 04/15/2019 - 04/28/2019 | 0 | 0 | 2.31 | 20.79 | OASDI | 300.03 | 3,286.49 |
| Holiday Pay | | | 0 | | 1,004.31 | State Tax - CO | 158.00 | 1,867.00 |
| Holiday-Float | | | 0 | | 502.16 | City Tax - DNVR | 5.75 | 28.75 |
| Paid Time Off | | | 0 | | 2,960.62 | | | |
| Referral Bonus | | | 0 | | 1,000.00 | | | |
| Salary | 04/15/2019 - 04/28/2019 | 80 | 0 | 5,230.77 | 41,563.70 | | | |
| Earnings | | | | 5,233.08 | 56,367.81 | Employee Taxes | 966.88 | 11,927.67 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental Pre-tax | 51.00 | 408.00 | ID Theft Monitoring | | 71.80 |
| Medical Pre-tax | 338.50 | 2,708.00 | Voluntary Child Life | 1.00 | 8.00 |
| Vision Pre-tax | 4.50 | 36.00 | Voluntary Employee ADD | 8.75 | 70.00 |
| | | | Voluntary Employee Life | 10.00 | 80.00 |
| | | | Voluntary Spouse ADD | 8.75 | 70.00 |
| | | | Voluntary Spouse Life | 5.00 | 40.00 |
| Pre Tax Deductions | 394.00 | 3,152.00 | Post Tax Deductions | 33.50 | 339.80 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental Employer Paid | 26.08 | 208.64 | OASDI - Taxable Wages | 4,839.08 | 53,007.85 |
| Group AD&D Plan | 0.70 | 5.60 | Medicare - Taxable Wages | 4,839.08 | 53,007.85 |
| Group Long Term Disability | 4.35 | 34.15 | Federal Withholding - Taxable Wages | 4,839.08 | 53,007.85 |
| Group Short Term Disability | 95.68 | 744.64 | State Tax Taxable Wages - CO | 4,839.08 | 53,007.85 |
| Group Term Life Plan | 1.94 | 17.46 | City Tax Taxable Wages - DNVR | 4,839.08 | 53,007.85 |
| Medical Employer Paid | 584.89 | 4,679.12 | | | |
| Vision Employer Paid | 1.77 | 14.16 | | | |
| Employer Paid Benefits | 715.41 | 5,703.77 | | | |

| | Federal | State | Time Off Balances | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married | Married | Description | Accrued | Reduced | Available |
| Allowances | 6 | 6 | Floating Holiday | 0 | 0 | 8 |
| Additional Withholding | 0 | 0 | Paid Time Off | 5.85 | 0 | 43.58 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| JPMorgan Chase Bank, Nati | JPMorgan Chase Bank, Nati ******7719 | ******7719 | | 3,836.39 | USD |



Slalom US   821 2nd Avenue Suite 1900 Seattle, WA 98104-1526
Ashley Epp   7846 Canvasback Cir Littleton, CO 80125

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ashley Epp | Slalom LLC | S017537 | 04/29/2019 | 05/12/2019 | 05/17/2019 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 5,230.77 | 394.00 | 961.13 | 51.45 | 3,824.19 |
| YTD | 61,369.83 | 3,546.00 | 12,888.80 | 391.25 | 44,751.74 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| CP Annual Bonus | | | 0 | | 9,108.27 | Federal Withholding | 432.94 | 6,409.76 |
| Exp Reimburse | | | 0 | | 207.96 | Medicare | 70.17 | 838.78 |
| GTL | 04/29/2019 - 05/12/2019 | 0 | 0 | 2.31 | 23.10 | OASDI | 300.02 | 3,586.51 |
| Holiday Pay | | | 0 | | 1,004.31 | State Tax - CO | 158.00 | 2,025.00 |
| Holiday-Float | | | 0 | | 502.16 | City Tax - DNVR | 0.00 | 28.75 |
| Paid Time Off | | | 0 | | 2,960.62 | | | |
| Referral Bonus | | | 0 | | 1,000.00 | | | |
| Salary | 04/29/2019 - 05/12/2019 | 80 | 0 | 5,230.77 | 46,794.47 | | | |
| Earnings | | | | 5,233.08 | 61,600.89 | Employee Taxes | 961.13 | 12,888.80 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental Pre-tax | 51.00 | 459.00 | ID Theft Monitoring | 17.95 | 89.75 |
| Medical Pre-tax | 338.50 | 3,046.50 | Voluntary Child Life | 1.00 | 9.00 |
| Vision Pre-tax | 4.50 | 40.50 | Voluntary Employee ADD | 8.75 | 78.75 |
| | | | Voluntary Employee Life | 10.00 | 90.00 |
| | | | Voluntary Spouse ADD | 8.75 | 78.75 |
| | | | Voluntary Spouse Life | 5.00 | 45.00 |
| Pre Tax Deductions | 394.00 | 3,546.00 | Post Tax Deductions | 51.45 | 391.25 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental Employer Paid | 26.08 | 234.72 | OASDI - Taxable Wages | 4,839.08 | 57,846.93 |
| Group AD&D Plan | 0.70 | 6.30 | Medicare - Taxable Wages | 4,839.08 | 57,846.93 |
| Group Long Term Disability | 5.10 | 39.25 | Federal Withholding - Taxable Wages | 4,839.08 | 57,846.93 |
| Group Short Term Disability | 95.68 | 840.32 | State Tax Taxable Wages - CO | 4,839.08 | 57,846.93 |
| Group Term Life Plan | 1.94 | 19.40 | City Tax Taxable Wages - DNVR | 4,839.08 | 57,846.93 |
| Medical Employer Paid | 584.89 | 5,264.01 | | | |
| Vision Employer Paid | 1.77 | 15.93 | | | |
| Employer Paid Benefits | 716.16 | 6,419.93 | | | |

| | Federal | State | Time Off Balances | | |
|---|---|---|---|---|---|
| | | | Description | Accrued | Reduced | Available |
| Marital Status | Married | Married | | | | |
| Allowances | 6 | 6 | Floating Holiday | 0 | 0 | 8 |
| Additional Withholding | 0 | 0 | Paid Time Off | 5.85 | 0 | 49.43 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| JPMorgan Chase Bank, Nati | JPMorgan Chase Bank, Nati ******7719 | ******7719 | | 3,824.19   USD |



Slalom US    821 2nd Avenue Suite 1900 Seattle, WA 98104-1526
Ashley Epp    1132 Koa Ct. Castle Rock, CO 80104

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ashley Epp | Slalom LLC | S017537 | 05/13/2019 | 05/26/2019 | 05/31/2019 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 5,230.77 | 394.00 | 961.13 | 33.50 | 3,842.14 |
| YTD | 66,600.60 | 3,940.00 | 13,849.93 | 424.75 | 48,593.88 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| CP Annual Bonus | | | 0 | | 9,108.27 |
| Exp Reimburse | | | 0 | | 207.96 |
| GTL | 05/13/2019 - 05/26/2019 | 0 | 0 | 2.31 | 25.41 |
| Holiday Pay | | | 0 | | 1,004.31 |
| Holiday-Float | | | 0 | | 502.16 |
| Paid Time Off | | | 0 | | 2,960.62 |
| Referral Bonus | | | 0 | | 1,000.00 |
| Salary | 05/13/2019 - 05/26/2019 | 80 | 0 | 5,230.77 | 52,025.24 |
| Earnings | | | | 5,233.08 | 66,833.97 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Federal Withholding | 432.94 | 6,842.70 |
| Medicare | 70.17 | 908.95 |
| OASDI | 300.02 | 3,886.53 |
| State Tax - CO | 158.00 | 2,183.00 |
| City Tax - DNVR | 0.00 | 28.75 |
| Employee Taxes | 961.13 | 13,849.93 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Pre-tax | 51.00 | 510.00 |
| Medical Pre-tax | 338.50 | 3,385.00 |
| Vision Pre-tax | 4.50 | 45.00 |
| Pre Tax Deductions | 394.00 | 3,940.00 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| ID Theft Monitoring | | 89.75 |
| Voluntary Child Life | 1.00 | 10.00 |
| Voluntary Employee ADD | 8.75 | 87.50 |
| Voluntary Employee Life | 10.00 | 100.00 |
| Voluntary Spouse ADD | 8.75 | 87.50 |
| Voluntary Spouse Life | 5.00 | 50.00 |
| Post Tax Deductions | 33.50 | 424.75 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Dental Employer Paid | 26.08 | 260.80 |
| Group AD&D Plan | 0.70 | 7.00 |
| Group Long Term Disability | 5.10 | 44.35 |
| Group Short Term Disability | 95.68 | 936.00 |
| Group Term Life Plan | 1.94 | 21.34 |
| Medical Employer Paid | 584.89 | 5,848.90 |
| Vision Employer Paid | 1.77 | 17.70 |
| Employer Paid Benefits | 716.16 | 7,136.09 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,839.08 | 62,686.01 |
| Medicare - Taxable Wages | 4,839.08 | 62,686.01 |
| Federal Withholding - Taxable Wages | 4,839.08 | 62,686.01 |
| State Tax Taxable Wages - CO | 4,839.08 | 62,686.01 |
| City Tax Taxable Wages - DNVR | 4,839.08 | 62,686.01 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | Married |
| Allowances | 6 | 6 |
| Additional Withholding | 0 | 0 |

### Time Off Balances

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 8 |
| Paid Time Off | 5.85 | 0 | 55.28 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| JPMorgan Chase Bank, Nati | JPMorgan Chase Bank, Nati ******7719 | ******7719 | | 3,842.14 | USD |



Slalom US   821 2nd Avenue Suite 1900 Seattle, WA 98104-1526
Ashley Epp   1132 Koa Ct. Castle Rock, CO 80104

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ashley Epp | Slalom LLC | S017537 | 05/27/2019 | 06/09/2019 | 06/14/2019 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 5,230.79 | 394.00 | 966.89 | 51.45 | 3,818.45 |
| YTD | 71,831.39 | 4,334.00 | 14,816.82 | 476.20 | 52,412.33 |

| Earnings |||||| Employee Taxes |||
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| CP Annual Bonus | | | 0 | | 9,108.27 | Federal Withholding | 432.95 | 7,275.65 |
| Exp Reimburse | | | 0 | | 207.96 | Medicare | 70.16 | 979.11 |
| GTL | 05/27/2019 - 06/09/2019 | 0 | 0 | 2.31 | 27.72 | OASDI | 300.03 | 4,186.56 |
| Holiday Pay | 05/27/2019 - 06/09/2019 | 8 | 65.3846 | 523.08 | 1,527.39 | State Tax - CO | 158.00 | 2,341.00 |
| Holiday-Float | | | 0 | | 502.16 | City Tax - DNVR | 5.75 | 34.50 |
| Referral Bonus | | | 0 | | 1,000.00 | | | |
| Salary | 05/27/2019 - 06/09/2019 | 72 | 0 | 4,707.69 | 54,117.55 | | | |
| Bereavement Pay | 05/13/2019 - 05/26/2019 | 24 | 65.3846 | 1,569.24 | 1,569.24 | | | |
| Paid Time Off | 05/13/2019 - 05/26/2019 | 16 | 65.3846 | 1,046.16 | 4,006.78 | | | |
| Salary | 05/13/2019 - 05/26/2019 | 40 | 0 | 2,615.39 | | | | |
| Salary | 05/13/2019 - 05/26/2019 | -80 | 0 | -5,230.77 | | | | |
| Earnings | | | | 5,233.10 | 72,067.07 | Employee Taxes | 966.89 | 14,816.82 |

| Pre Tax Deductions ||| Post Tax Deductions |||
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental Pre-tax | 51.00 | 561.00 | ID Theft Monitoring | 17.95 | 107.70 |
| Medical Pre-tax | 338.50 | 3,723.50 | Voluntary Child Life | 1.00 | 11.00 |
| Vision Pre-tax | 4.50 | 49.50 | Voluntary Employee ADD | 8.75 | 96.25 |
| | | | Voluntary Employee Life | 10.00 | 110.00 |
| | | | Voluntary Spouse ADD | 8.75 | 96.25 |
| | | | Voluntary Spouse Life | 5.00 | 55.00 |
| Pre Tax Deductions | 394.00 | 4,334.00 | Post Tax Deductions | 51.45 | 476.20 |

| Employer Paid Benefits ||| Taxable Wages |||
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental Employer Paid | 26.08 | 286.88 | OASDI - Taxable Wages | 4,839.10 | 67,525.11 |
| Group AD&D Plan | 0.70 | 7.70 | Medicare - Taxable Wages | 4,839.10 | 67,525.11 |
| Group Long Term Disability | 5.10 | 49.45 | Federal Withholding - Taxable Wages | 4,839.10 | 67,525.11 |
| Group Short Term Disability | 95.68 | 1,031.68 | State Tax Taxable Wages - CO | 4,839.10 | 67,525.11 |
| Group Term Life Plan | 1.94 | 23.28 | City Tax Taxable Wages - DNVR | 4,839.10 | 67,525.11 |
| Medical Employer Paid | 584.89 | 6,433.79 | | | |
| Vision Employer Paid | 1.77 | 19.47 | | | |
| Employer Paid Benefits | 716.16 | 7,852.25 | | | |

| | Federal | State | Time Off Balances |||
|---|---|---|---|---|---|
| Marital Status | Married | Married | Description | Accrued | Reduced | Available |
| Allowances | 6 | 6 | Floating Holiday | 0 | 0 | 8 |
| Additional Withholding | 0 | 0 | Paid Time Off | 5.85 | 0 | 45.13 |

| Payment Information |||||
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| JPMorgan Chase Bank, Nati | JPMorgan Chase Bank, Nati ******7719 | ******7719 | | 3,818.45   USD |