IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF COLORADO

In Re:

MATTHEW ADAM EPP AND ASHLEY MEGHAN EPP,

      Debtors.

Bankruptcy No. 19-15470-MER
(Chapter 13)

**OBJECTION TO CONFIRMATION OF PLAN**

Ally Financial (Ally") objects to confirmation of Debtors' Chapter 13 Plan (the "Plan") on the following grounds:

1. Ally is a secured creditor of the Debtor pursuant to a Retail Installment Sale Contract dated October 2, 2015 whereby Debtor agreed to purchase the following motor vehicle:

2012 Jeep Compass, VIN 1C4NJDBB6CD603251 ("Vehicle").

2. The fair market value of the Vehicle and thus the amount of Ally's secured claim is greater than $7,125.00 under 11 U.S.C. §506. The value is $8,475.00 based on NADA value as of the petition date.

3. The Plan fails to comply with the discount rate requirements of 11 U.S.C. §1325(a)(5). The prime rate of interest on the date of filing was 5.5%. Under Till, Ally is entitled to an interest rate of 6.5%.

4. The interests of Ally in the Vehicle have not been adequately protected.

5. The Plan fails to comply with the requirements of 11 U.S.C. §1325(a)(5)(B)(iii)(I) in that it fails to provide for equal monthly payments in a sufficient amount for a sufficient term to adequately protect the interests of Ally in the Vehicle and fully pay the secured claim of Ally.

6. The proposed monthly payments to Ally are inadequate.

DATED this 6th day of August, 2019

                                                        SNOW, CHRISTENSEN & MARTINEAU

                                                        /s/ P. Matthew Cox
                                                        P. Matthew Cox (9879 UT)
                                                        PO Box 45000
                                                        Salt Lake City, UT 84145
                                                        Telephone: (801) 521-9000
                                                        Facsimile: (801) 363-0400
                                                        pmc@scmlaw.com
                                                        Attorneys for Ally Financial

CERTIFICATE OF SERVICE

    I, P. Matthew Cox, attorney for Ally Financial, hereby certify that on the 6th day of August, 2019, I caused to be served a true and correct copy of the foregoing **OBJECTION TO CONFIRMATION OF PLAN**, Case No. 19-15470, was mailed, U.S. postage prepaid, or sent via Electronic Notice, where applicable to the following:

| | |
|---|---|
| Michael J. Watton<br>301 West Wisconsin Avenue, 5th Floor<br>Milwaukee, WI 53203<br>wlgdnvr@wattongroup.com | (via ECF and U.S. Mail) |
| Adam M. Goodman<br>Chapter 13 Trustee<br>PO Box 1169<br>Denver, CO 80201<br>mail@ch13colorado.com | (via ECF and U.S. Mail) |

                                            /s/ P. Matthew Cox

4840-4072-3267.1     12603.717

4852-7577-3854, v. 1