| Fill in this information to identify your case | | | | |
|---|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | | |
| Debtor 1: | Matthew<br>First Name | Adam<br>Middle Name | Epp<br>Last Name | Case #: 19-15470-MER |
| Debtor 2: | Ashley<br>First Name | Meghan<br>Middle Name | Epp<br>Last Name | Chapter: 13 |

## Local Bankruptcy Form 3015-1.4
## Confirmation Status Report

### Part 1  Report

The debtors submit the following status report pursuant to L.B.R. 3015-1 and state as follows:

The debtors filed for chapter 13 relief on **June 25, 2019.** The debtors attended the 11 U.S.C. § 341(a) Meeting of Creditors on **August 13, 2019.**

### Part 2  Notice and Service Date

The last plan to be noticed and served was filed **June 25, 2019** at docket no. **2**.

### Part 3  Objections

☒  The following objections have been filed:

| Name of Objecting Party | Docket No. |
|---|---|
| Chapter 13 Trustee | 16 |

AND

☒  The debtors complied with the "Meet & Confer" requirements of L.B.R. 3015-1.

### Part 4  Summary of Objections

| Objection | Debtors' response |
|---|---|
| 1. Until the bar date expires, the Trustee cannot fully evaluate whether the Plan satisfies 11 U.S.C. §§ 1322(a)(2), 1322(b)(2), 1322(b)(5), 1322(d), 1325(a)(4), 1325(a)(6), 1325(b). | Debtors will wait for the claims bar date to receive Trustee's evaluation. |

### Part 5  Resolution of Objections by Amended Plan

**Use this section if the debtors intend to resolve the objection(s) by filing an amended plan.**

   a.  Filing of Amended Plan.

- ☒ The debtors intend to file an amended plan by **October 22, 2019**. The anticipated amended plan will make the following changes: **amend to pay claims as filed.**

b. Treatment of Objections by Amended Plan.

- ☒ The amended plan is intended to resolve all of the objections filed;

c. Notice of Amended Plan:

- ☒ Request to limit notice: The debtors request notice of the amended plan be limited for the following reasons: Debtors will file the amended plan after the expiration of the deadline to file claims and request that the Court limit notice to creditors filing claims, parties requesting notice, and the Trustee.

d. Objection Time Period for Amended Plan:

- ☒ Objection deadline pursuant to Fed. R. Bankr. P. 2002(b): the debtors contend notice of the amended plan should be for the full objection period set forth in Fed. R. Bankr. P. 2002(b).

## Part 6  Resolution of Objections by Judicial Determination

Not Applicable

## Part 7  Other Information of Status of Case

The Court entered an order setting the deadline to file non-governmental claims for October 15, 2019 due to the clerk's error. To avoid unnecessary plan amendments, the Debtors request a deadline to file amended plan after the extended bar date.

## Part 8  Signature of Debtors' Attorney

Dated: September 9, 2019

By: /s/ Michael J. Watton, Esq. #46893
    Signature of Attorney

Watton Law Group
301 W. Wisconsin Ave., 5th Floor
Milwaukee, WI 53203
Phone: 720-590-4600
Fax: 303-295-0242
E-mail: wlgdnvr@wattongroup.com