# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 19-15470-MER |
| MATTHEW ADAM EPP and ) | |
| ASHLEY MEGHAN EPP, ) | Chapter 13 |
| ) | |
| Debtors. ) | |

## DEBTORS' MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

Debtors, by and through their attorney, Michael J. Watton and the Watton Law Group, hereby move the Court to modify the confirmed plan in the above-captioned case pursuant to 11 U.S.C. § 1329 and L.B.R. 3015-1(h) and state as follows:

1. On June 25, 2019, Debtors filed a petition under Chapter 13 of the Bankruptcy Code.

2. The Court confirmed the Debtors' plan on January 3, 2020.  Debtors filed the confirmed plan on December 30, 2019, at docket no. 33.

3. Since the Court confirmed the plan, Debtors experienced a material hardship due to the COVID-19 pandemic.  Mr. Epp lost his job in the restaurant industry and has been struggling with medical conditions.  The decrease in income and unexpected expenses caused the Epps to default on plan payments.  A modified plan is necessary to cure arrears and maintain distribution to creditors.

4. Debtor's modified plan changes distribution to creditors as follows:

    a. Class 1: Increased by $500.00 for post-confirmation attorney fees;
    b. Class 3: Increased by $63.82 due to an updated interest calculation;
    c. Class 4: Increased by $3915.01 due to amended proofs of claim.

Dated: January 21, 2021                    Respectfully submitted,

                                           WATTON LAW GROUP

                                           /s/ Michael J. Watton
                                           Michael J. Watton, Esq., No. 46893
                                           301 West Wisconsin Avenue, 5th Floor
                                           Milwaukee, WI  53203
                                           Telephone: (720) 590-4600
                                           Fax: (303) 295-0242
                                           Email: wlgdnvr@wattongroup.com