| Fill in this information to identify your case | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | |
| Debtor 1: Matthew     Adam     Epp<br>First Name   Middle Name   Last Name | Case #: | 19-15470-MER |
| Debtor 2: Ashley    Meghan    Epp<br>First Name   Middle Name   Last Name | Chapter: | 13 |

## Local Bankruptcy Form 9013-1.1
## Notice of Motion/Application

### Part 1  Objection Deadline

Objection Deadline: **February 11, 2021**

### Part 2  Notice

NOTICE IS HEREBY GIVEN that Matthew Adam Epp and Ashley Meghan (the "Movants"), by and through their attorney, Michael J. Watton and the Watton Law Group, have filed a motion/application, Debtors' Motion to Modify Confirmed Chapter 13 Plan (the "Motion"), with the Court and requests the following relief: a modified plan is necessary to cure arrears and maintain distribution to creditors.

If you oppose the Motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

### Part 3  Signature of Movants' Attorney

Dated: January 21, 2021

By: /s/ Michael J. Watton, Esq. #46893
    Signature of Attorney

Watton Law Group
301 W. Wisconsin Ave., 5th Floor
Milwaukee, WI 53203
Phone: 720-590-4600
Fax: 303-295-0242
E-mail: wlgdnvr@wattongroup.com