(COB #271 voModConfPlan)(08/14)

# IN THE UNITED STATES BANKRUPTCY COURT
### District of Colorado ,
HONORABLE Michael E. Romero

In re:

    Matthew Adam Epp
    Ashley Meghan Epp

Debtor(s)

Case No.: 19−15470−MER
Chapter: 13

SSN/TID
Nos.   xxx−xx−6580
        xxx−xx−8219

## ORDER MODIFYING CONFIRMED CHAPTER 13 PLAN

    THIS MATTER having come before the court on the Motion to Modify Confirmed Chapter 13 Plan filed by Michael J. Watton on 01/21/2021, at docket no. 51. Notice having been given and no objections having been filed or any objections filed having been withdrawn, it is hereby

    ORDERED that the Motion to Modify Confirmed Chapter 13 Plan is **GRANTED**. The Modified Chapter 13 Plan filed 01/21/2021, at docket no. 50 is approved. This order binds those creditors and parties in interest that have been properly served. The debtor(s) must make payments as specified by the plan as modified.

Dated:  2/16/21

BY THE COURT:

s/ Michael E. Romero
Chief United States Bankruptcy Judge