# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: Matthew Adam Epp and Ashley Meghan Epp, | Bankruptcy Case No. 19-15470-MER |
| Debtors. | Chapter 13 |

## ORDER ALLOWING AND APPROVING SUPPLEMENTAL FEES AND EXPENSES FOR SUPPLEMENTAL FEE APPLICATION

Watton Law Group as attorney for the debtor, is allowed a fee for services rendered post-confirmation herein of $500.00 and reimbursement of out-of-pocket expenses incurred post-confirmation of $0.00. The Court previously approved attorney fees in the aggregate amount of $4,100.00 and out-of-pocket expenses in the aggregate amount of $0.00. Counsel received $16.00 prepetition. The total remaining balance, $4,584.00, is payable out of plan payments.

DATED:  July 22, 2021  

BY THE COURT:

United States Bankruptcy Judge