UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:                                                         CASE NO:  19-15470MER
MATTHEW ADAM EPP                       CHAPTER 13

ASHLEY MEGHAN EPP

Debtors

---

CHAPTER 13 TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

---

Comes now, Adam M. Goodman, Standing Chapter 13 Trustee, and moves this Honorable Court to dismiss this case based on the following:

1. Debtors filed the instant case under Chapter 13 on June 25, 2019.  The Chapter 13 Plan was confirmed on January 3, 2020.

2. The Debtors in the above captioned case filed the Plan and proposed current monthly payments of $1,612.00 per month.

3. The Debtors have failed to comply with the requirement of making regular monthly Plan payments.  The total of payments due through October 2021 is $35,569.96.  The Debtors have paid a total of $31,562.00, causing a delinquency of $4,007.96 through October.

4. The last payment having been received by the Trustee on July 19, 2021.

5. Payment of $4,007.96, plus the November payment, is required to be current through November 2021.

6. THE DEBTORS SHALL BE ACCOUNTABLE FOR ANY PAYMENTS WHICH BECOME DUE AFTER THE DATE OF THIS MOTION AND UP TO THE DATE OF THE OBJECTION DEADLINE

WHEREFORE, the Trustee requests that this case be dismissed pursuant to 11 U.S.C. § 1307(c)(1) and (6).

Dated:  November 12, 2021                   By:   s/Adam M. Goodman
                                                                               Adam M. Goodman
                                                                               Standing Chapter 13 Trustee
                                                                               P.O. Box 1169
                                                                               Denver, CO 80201
                                                                               Phone: (303) 830-1971
                                                                               Fax: (303) 830-1973
                                                                               agoodman@ch13colorado.com

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:                                                                                CASE NO:  19-15470MER
MATTHEW ADAM EPP                                CHAPTER 13

ASHLEY MEGHAN EPP

DEBTORS

## NOTICE PURSUANT TO L.B.R. 9013-1 OF CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

## OBJECTION DEADLINE: November 29, 2021

**NOTICE IS HEREBY GIVEN** that the Chapter 13 Trustee (the "Movant") has filed a Motion to Dismiss with the Bankruptcy Court and requests the following relief:  Dismiss Chapter 13 case for failure to make plan payments.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: November 12, 2021                      By:    s/Adam M. Goodman
                                                                                      Adam M. Goodman
                                                                                      Standing Chapter 13 Trustee
                                                                                      P.O. Box 1169
                                                                                      Denver, CO 80201-1169
                                                                                      (303) 830-1971
                                                                                      Fax: (303) 830-1973
                                                                                      agoodman@ch13colorado.com

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:                                                                         CASE NO: 19-15470MER
MATTHEW ADAM EPP                           CHAPTER 13

ASHLEY MEGHAN EPP

DEBTORS

CERTIFICATE OF SERVICE

The undersigned certifies that on November 12, 2021, I served a complete copy of the Chapter 13 Trustee's Motion to Dismiss and Notice on all parties against whom relief is sought and those otherwise entitled to service at the following addresses:

MATTHEW ADAM and ASHLEY MEGHAN EPP, 1132 KOA COURT, CASTLE ROCK, CO 80104    ,

WATTON LAW GROUP, via CM/ECF

                                                                            By:     s/Adam M. Goodman
                                                                                     Adam M. Goodman
                                                                                     Standing Chapter 13 Trustee
                                                                                     P.O. Box 1169
                                                                                     Denver, CO 80201-1169
                                                                                     (303) 830-1971
                                                                                     Fax: (303) 830-1973

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:                                            CASE NO: 19-15470MER
MATTHEW ADAM EPP                      CHAPTER 13

ASHLEY MEGHAN EPP

DEBTORS

---

ORDER DISMISSING CHAPTER 13 CASE AFTER CONFIRMATION OF PLAN

---

THIS MATTER comes before the Court on the Motion to Dismiss filed by the Chapter 13 Trustee. Notice has been given to the Debtors and Debtors' counsel. No timely objection has been filed. The Court

FINDS that:

1. Cause exists for dismissal of this case pursuant to 11 U.S.C. Section 1307.
2. A Plan has been confirmed.
3. No request for delayed revestment of property of the estate has been made.

IT IS THEREFORE ORDERED that:

1. THIS CASE IS DISMISSED. The Clerk of the Court shall serve this Order on all creditors and parties in interest within fourteen (14) days.

2. In accordance with 11 U.S.C. Sections 349(b)(1) and (2), any transfer avoided under Section 522, 544, 545, 547, 548, 549 or 724(a) of Title 11, or preserved under Section 510(c)(2), 522(i)(2) or 551 of Title 11 is reinstated; any lien voided under Section 506(d) of Title 11 is reinstated; and any Order, judgment or transfer ordered under Section 522(i)(1), 542, 550, or 553 of Title 11 is vacated.

3. All property of the estate, except payments made by the Debtors to the Trustee, shall revest in the Debtors as of the date of this Order pursuant to 11 U.S.C. Section 349.

4. As soon as practicable, the Trustee shall distribute payments received from the Debtor(s) in accordance with the terms of the confirmed Plan. 11 U.S.C. Section 1326(a)(2).

BY THE COURT:

Dated:

_____
United States Bankruptcy Judge