## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MATTHEW ADAM EPP AND | ) | Case No. 19-15470-MER |
| ASHLEY MEGHAN EPP , | ) | |
| | ) | Chapter 13 |
| Debtors. | ) | |

## RESPONSE TO TRUSTEE'S MOTION TO DISMISS

MATTHEW ADAM EPP and ASHLEY MEGHAN EPP ("Debtors") through their counsel, Michael J. Watton and the Watton Law Group, hereby respond to the Motion to Dismiss filed by the Chapter 13 Trustee.

Debtors incurred unanticipated expenses which caused them to fall behind on the plan payments. Debtors are working with Counsel to cure the plan payment arrears forthwith.

Wherefore, Debtors respectfully request that the Court deny the Trustee's Motion to Dismiss and hold a hearing on the matter.

Dated: November 29, 2021                    Respectfully submitted,

                                            WATTON LAW GROUP

                                            /s/ Michael J. Watton
                                            Michael J. Watton, Esq., No. 46893
                                            301 West Wisconsin Avenue, 5th Floor
                                            Milwaukee, WI  53203
                                            Telephone:  720-590-4600
                                            Fax:  303-295-0242
                                            Email:  wlgdnvr@wattongroup.com

| Fill in this information to identify your case |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** |

| Debtor 1: | MATTHEW ADAM EPP | | Case #: | 19-15470-MER |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |
| Debtor 2: | ASHLEY MEGHAN EPP | | Chapter: | 13 |
| | First Name   Middle Name   Last Name | | | |

## Local Bankruptcy Form 9013-1.2
## Certificate of Service

**Part 2** **L.B.R. 2002-1 Certificate of Service of Notice**

I certify that on November 29, 2021, I served a complete copy of the foregoing Response to Trustee's Motion to Dismiss on the following parties in accordance with 11 U.S.C. § 342(c) and Fed. R. Bankr. P. 2002.

**The following creditors received electronic notice via CM/ECF:**

Adam M Goodman: mail@ch13colorado.com

US Trustee: USTPRegion19.DV.ECF@usdoj.gov

**Signature**

Dated: November 29, 2021

By: /s/ Laekin Dorff
Paralegal for Debtor's Counsel

Watton Law Group
301 W. Wisconsin Ave., 5th Floor
Milwaukee, WI 53203
Phone: 720-590-4600
Fax: 303-295-0242
E-mail: wlgdnvr@wattongroup.com