| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
|---|---|---|
| Debtor 1: MATTHEW ADAM EPP<br>First Name   Middle Name   Last Name | Case #: | 19-15470MER |
| Debtor 2: ASHLEY MEGHAN EPP<br>First Name   Middle Name   Last Name | Chapter: | 13 |

## Local Bankruptcy Form 9013-1.4
## Movant's Certificate of Contested Matter and Request for Hearing

### Part 1  Certificate and Request for Hearing

On November 12, 2021, the Chapter 13 Trustee, Adam Goodman (the "Movant"), filed a motion pursuant to L.B.R. 2002-1 or 9013-1 entitled, Motion to Dismiss for Failure to Make Plan Payments (the "Motion") at docket no. **71**. Movant hereby certifies that the following is true and correct:

1. Service of the Motion, Notice, and Proposed Order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Loal Rules as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Motion on November 12, 2021.
2. Objections/responses and requests for hearing on the Motion have been filed by the following party:
    a. The Debtor, docket no., **72**;
3. The docket numbers for each of the following relevant documents are:
    a. the Motion and all documents attached thereto and served therewith, docket no., **71**;
    b. the Notice, docket no., **71**;
    c. the Certificate of Service of the Motion and the Notice, docket no., **71**;
    d. the Proposed Order, docket no., **71**; and
    e. the Response, docket no. **72**.
4. Movant made a good faith effort to resolve this matter without the necessity of a hearing in the following manner: email communication on December 16, 2021.
5. Resolution of this contested matter may benefit from a preliminary hearing to resolve the following disputed legal issues: payment history; compliance with terms of confirmed Chapter 13 Plan.
6. Resolution of this contested matter will require an evidentiary hearing.  Movant estimates the hearing will proceed as follows:
    a. <u>Payment history; compliance with terms of confirmed Chapter 13 Plan</u> **[summary of the factual issues to be tried]**;
    b. <u>One hour</u>  **[estimate of time required for hearing]**;
    c. <u>One-two witnesses</u> **[number of witnesses anticipated]**;
    d. <u>None expected</u> **[expert witness testimony requirements]**; and
    e. <u>None expected</u> **[necessary discovery and, the nature of, and time required for, discovery]**.

Accordingly, Movant requests that the Court set this matter for hearing pursuant to L.B.R. 9013-1.

### Part 2  Signature of Movant's Attorney or Movant (if unpresented)

Dated: December 17, 2021

By: s/Adam M. Goodman
        Signature
Adam M. Goodman
Standing Chapter 13 Trustee
P.O. Box 1169
Denver, CO 80201-1169
Telephone number:  303-830-1971
Facsimile number:  303-830-1973
E-mail address:  agoodman@ch13colorado.com