# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
### The Honorable Michael E. Romero

| | |
|---|---|
| In re:<br><br>MATTHEW ADAM EPP<br>AHSLEY MEGHAN EPP<br><br>Debtors. | Case No. 19-15470 MER<br><br>Chapter 13 |

## ORDER REGARDING MOTION TO DISMISS

THIS MATTER comes before the Court on the Motion to Dismiss filed by the Chapter 13 Trustee on November 12, 2021, and the response thereto filed by the Debtors on November 29, 2021.

The Debtors do not dispute the factual allegations in the Motion to Dismiss or provide any legal basis for denying the Motion. Instead, the Debtors merely state that it is their intention to become current on Chapter 13 Plan payments. Accordingly,

IT IS ORDERED that the Debtors shall have until **January 10, 2022**, by which to file either: (a) a verified joint statement, signed by the Chapter 13 Trustee, in which the Debtors and the Trustee certify that the Debtors are now current on plan payments; (b) a Stipulation in which the Debtors and the Trustee set forth their agreement regarding payment of arrearages over time; or (c) some other appropriate pleading addressing payment of arrearages. Failure to comply with this Order by the above date may result in the Court's granting the Motion to Dismiss without further notice to the Debtors.

Dated December 20, 2021

BY THE COURT:

Michael E. Romero, Chief Judge
United States Bankruptcy Court