UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:                                                        CASE NO: 19-15470MER
MATTHEW ADAM EPP                         CHAPTER 13

ASHLEY MEGHAN EPP

DEBTORS

STATEMENT OF ARRANGEMENTS FOR RESOLUTION OF CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

        The undersigned stipulate as follows:

1.       Pursuant to the Debtors' Chapter 13 Plan, the Debtors are required to make timely Plan payments beginning 30 days from the filing of the Plan.

2.       The Debtors failed to make timely payments, and the Trustee filed a Motion to Dismiss the case.

3.       To resolve the Trustee's Motion, the parties have reached a final agreement whereby the Debtors are required to continue maintaining payments exactly as required by the Chapter 13 Plan and to cure the delinquency as outlined below.

4.       The Plan payments are delinquent in the amount of $7,231.96 through December. The **Debtors shall make a payment of $2,000.00 by January 31, 2022 (if payment is not timely made, Trustee may request dismissal with no further notice)**. Debtors shall continue maintaining the Chapter 13 plan payments starting with the February 2022 payment, **and shall remit an additional $1,206.00.00 per month** to the Trustee, in addition to the regular monthly Plan payment, for six (6) months, commencing with February 2022 through July 2022.

5.       Commencing with the filing of this Stipulation and continuing with strict compliance every month thereafter, for twelve (12) months, the Debtors' Plan payments shall be timely remitted to Trustee (regardless of any modified plans filed subsequently). In addition, the delinquency must be cured over six (6) months in the amount and dates as outlined in Paragraph number 4.

6.       In the event the regular Chapter 13 Plan payments and/or the Delinquency Cure payments are not timely made, then a default hereunder shall exist. The Trustee will deliver **only one (1)** written Notice of Default to the Debtors and Debtors' Counsel during the course of this agreement. The Notice shall be deemed delivered upon placing same in the U.S. Mail, postage pre-paid and addressed as follows:

MATTHEW ADAM and ASHLEY MEGHAN EPP, 1132 KOA COURT, CASTLE ROCK, CO 80104    ,

WATTON LAW GROUP, 301 W WISCONSIN AVE 5TH FL, MILWAUKEE, WI 53203    ,

7.       If the default is not cured within 15 days of the date of the Notice of Default, then the Trustee may file with the Court his Certification of Non-Contested Matter and Request for Dismissal of Chapter 13 Case.

8.       If a second default occurs, the Trustee shall certify the case for dismissal without further notice to the Debtor or Debtor's counsel.

Dated:   1/7/22

s/Adam M. Goodman                 _____         _____
Adam M. Goodman                   MATTHEW ADAM and           WATTON LAW GROUP
Standing Chapter 13 Trustee       ASHLEY MEGHAN EPP           301 W WISCONSIN AVE 5TH
P.O. Box 1169                            Debtors                                 FL
Denver, CO 80201                                                              MILWAUKEE, WI 53203
(303) 830-1971
FAX (303) 830-1973
agoodman@ch13colorado.com