**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

| Debtor 1: | MATTHEW ADAM EPP | | Case #: | 19-15470MER |
| --- | --- | --- | --- | --- |
| | First Name  Middle Name  Last Name | | | |
| Debtor 2: | ASHLEY MEGHAN EPP | | Chapter: | 13 |
| | First Name  Middle Name  Last Name | | | |

# CHAPTER 13 TRUSTEE'S CERTIFICATION OF DEFAULT AND REQUEST FOR DISMISSAL

**Part 1   Certificate**

On November 12, 2021, the Standing Chapter 13 Trustee (the "Movant"), filed a motion pursuant to L.B.R. 2002-1 or 9013-1 entitled, Motion to Dismiss for Failure to Make Plan Payments (the "Motion") at docket no. **71**. Movant hereby certifies that the following is true and correct:

1. Service of the Motion, Notice, and Proposed Order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Local Rules as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Motion on November 12, 2021.

2. The Motion to Dismiss was resolved with the filing of a Statement of Arrangements on January 7, 2022.

3. The Chapter 13 Trustee certifies that the Debtors have failed to comply with the agreed terms set forth in the Statement of Arrangements.

4. The docket numbers for each of the following relevant documents are:

    a. the Motion and all documents attached thereto and served therewith, docket no., **71**;
    b. the Notice, docket no., **71**;
    c. the Certificate of Service of the Motion and the Notice, docket no., **71**;
    d. the Proposed Order, docket no., **71**;
    e. the Statement of Arrangements, docket no., **76.**

Accordingly, Movant requests that the Court enter an order granting the requested relief.

**Part 2   Signature of Movant's Attorney or Movant (if unrepresented)**

Dated: April 11, 2022

By: s/Adam M. Goodman
       Signature

Adam M. Goodman
Standing Chapter 13 Trustee
PO Box 1169
Denver, CO 80201-1169
Telephone: 303-830-1971
Fax: 303-830-1973
agoodman@ch13colorado.com