UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:  
MATTHEW ADAM EPP

CASE NO: 19-15470MER  
CHAPTER 13

ASHLEY MEGHAN EPP

DEBTORS

### ORDER DISMISSING CHAPTER 13 CASE AFTER CONFIRMATION OF PLAN

THIS MATTER comes before the Court on the Motion to Dismiss filed by the Chapter 13 Trustee. Notice has been given to the Debtors and Debtors' counsel. No timely objection has been filed. The Court

FINDS that:

1. Cause exists for dismissal of this case pursuant to 11 U.S.C. Section 1307.
2. A Plan has been confirmed.
3. No request for delayed revestment of property of the estate has been made.

IT IS THEREFORE ORDERED that:

1. THIS CASE IS DISMISSED. The Clerk of the Court shall serve this Order on all creditors and parties in interest within fourteen (14) days.

2. In accordance with 11 U.S.C. Sections 349(b)(1) and (2), any transfer avoided under Section 522, 544, 545, 547, 548, 549 or 724(a) of Title 11, or preserved under Section 510(c)(2), 522(i)(2) or 551 of Title 11 is reinstated; any lien voided under Section 506(d) of Title 11 is reinstated; and any Order, judgment or transfer ordered under Section 522(i)(1), 542, 550, or 553 of Title 11 is vacated.

3. All property of the estate, except payments made by the Debtors to the Trustee, shall revest in the Debtors as of the date of this Order pursuant to 11 U.S.C. Section 349.

4. As soon as practicable, the Trustee shall distribute payments received from the Debtor(s) in accordance with the terms of the confirmed Plan. 11 U.S.C. Section 1326(a)(2).

BY THE COURT:

Dated:

_____  
United States Bankruptcy Judge