United States Bankruptcy Court
District of Colorado

In re:                                                                                   Case No. 19-15470-MER

Matthew Adam Epp                                                                         Chapter 13

Ashley Meghan Epp

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 1082-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 12, 2022 | Form ID: 165 | Total Noticed: 52 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Matthew Adam Epp, Ashley Meghan Epp, 1132 Koa Court, Castle Rock, CO 80104-5333 |
| 18479452 | + | Adam R. Newhouse, PO Box 632149, Littleton, CO 80163-2149 |
| 18479455 | + | Ally Financial Inc., c/o Corporation Service Company, 1900 W. Littleon Bvd., Littleton, CO 80120-2023 |
| 18479456 | | Alpine Credit, Inc., 12191 W 64th Ave, Ste 210, Arvada, CO 80004-4030 |
| 18479460 | + | Centura Health Corporation, c/o Kris Ordelheide, 9100 E. Minderal Circle, Englewood, CO 80112-3401 |
| 18479462 | | Collection Center of Wyoming, 406 6th Street, Rawlins, WY 82301-5408 |
| 18479464 | | Community Management Association, 112 Iowa Avenue, Colorado Springs, CO 80909-5930 |
| 18479467 | + | DENVER METRO IMAGING, LLC, dba PARK MEADOWS IMAGING CENTER, c/o Wallis S. Stromberg, 1512 Larimer St., Suite 300, Denver, CO 80202-1699 |
| 18479470 | + | El Paso County Court, Case #2011C028575, 270 S. Tejon, Colorado Springs, CO 80903-2203 |
| 18479471 | + | Escallate, LLC, PO Box 645425, Cincinnati, OH 45264-5425 |
| 18479474 | | HC Processing Center, PO Box 26808, Oklahoma City, OK 73126 |
| 18479475 | | IC System, PO Box 64438, Saint Paul, MN 55164-0437 |
| 18479477 | #+ | Jonathan R Steiner, Law Office of Jonathan Steiner, PO Box 271389, Littleton, CO 80127-0023 |
| 18479479 | + | Machol & Johannes PC, c/o Jacques A. Machol, 700 17th Street, Suite 200, Denver, CO 80202-3558 |
| 18479480 | | Medical Imaging of Colorado, LLC, 401 E Hampden Ave, Englewood, CO 80113 |
| 18479481 | + | Metro Collection, 2600 South Parker Road, Bldg 4, Suite 340, Aurora, CO 80014-1690 |
| 18479484 | + | Nautilus Total Fitness Center, 2235 N Center St, Bonham, TX 75418-2112 |
| 18479485 | + | New York State Department of Taxation, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 |
| 18479492 | + | Spine One, 8500 Park Meadows Dr., Ste. 200, Lone Tree, CO 80124-2744 |
| 18479492 | + | U.S. Anesthesia Partners of Colorado, In, c/o Corporation Service Company, 1900 W. Littleon Bvd., Littleton, CO 80120-2023 |
| 18479493 | + | USACS of Colorado Inc., PO Box 14000, Attn 18350Y, Belfast, ME 04915-4033 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: IRS.COM | Apr 13 2022 02:03:00 | IRS, 600 17th St., Stop 5027 DEN, Denver, CO 80202 |
| 18479453 | + | Email/Text: admin@getitpaid.com | Apr 12 2022 22:01:00 | Agency of Credit Control, 2014 South Pontiac Way #A, Denver, CO 80224-2412 |
| 18549854 | | EDI: GMACFS.COM | Apr 13 2022 02:03:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 19062745 | + | EDI: AISACG.COM | Apr 13 2022 02:03:00 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 18512962 | | EDI: GMACFS.COM | Apr 13 2022 02:03:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |

| | | | |
|---|---|---|---|
| 18479454 | EDI: GMACFS.COM | Apr 13 2022 02:03:00 | Ally Financial, P.O. Box 380902, Bloomington, MN 55438-0902 |
| 18479458 | + EDI: BCSERVICES.COM | Apr 13 2022 02:03:00 | BC Services, Inc., 550 Disc Dr., Longmont, CO 80503-9343 |
| 18479457 | Email/Text: bankruptcies@banfield.net | Apr 12 2022 22:02:00 | Banfield Pet Hospital, PO Box 87586, Vancouver, WA 98687-7586 |
| 18495014 | EDI: CAPITALONE.COM | Apr 13 2022 02:03:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 18479459 | EDI: CAPITALONE.COM | Apr 13 2022 02:03:00 | Capital One Bank USA NA, PO Box 71083, Charlotte, NC 28272-1083 |
| 18508969 | Email/PDF: bncnotices@becket-lee.com | Apr 12 2022 22:08:01 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 18479463 | + EDI: CODEPREV.COM | Apr 13 2022 02:03:00 | Colorado Department of Revenue, 1375 Sherman Street, Room 504, Denver, CO 80261-2200 |
| 18479465 | + EDI: CRFRSTNA.COM | Apr 13 2022 02:03:00 | Credit First N.A., P.O. Box 818011, Cleveland, OH 44181-8011 |
| 18479466 | Email/Text: cscbk@creditservicecompany.com | Apr 12 2022 22:01:00 | Credit Service Co., PO Box 1120, Colorado Springs, CO 80901-1120 |
| 18479468 | EDI: DISCOVER.COM | Apr 13 2022 02:03:00 | Discover Bank, Discover Products Inc., P.O. Box 3025, New Albany, OH 43054-3025 |
| 18479469 | + Email/Text: dc_bankruptcy@douglas.co.us | Apr 12 2022 22:01:00 | Douglas County Court, Case #2019C030503, 2019C030393, 4000 Justice Way, Castle Rock, CO 80109-7802 |
| 18479473 | Email/Text: bankruptcy@hccredit.com | Apr 12 2022 22:02:00 | HC Credit/FEB, P.O. Box 829, Springdale, AR 72765-0829 |
| 18479461 | EDI: JPMORGANCHASE | Apr 13 2022 02:03:00 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 18506019 | + Email/Text: RASEBN@raslg.com | Apr 12 2022 22:01:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 18479478 | + Email/Text: PBNCNotifications@peritusservices.com | Apr 12 2022 22:01:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 18479482 | Email/Text: bankruptcydpt@mcmcg.com | Apr 12 2022 22:02:00 | Midland Credit Management, Inc., c/o Adam R Newhouse, PO Box 2011, Warren, MI 48090-2011 |
| 18479483 | Email/Text: bankruptcydpt@mcmcg.com | Apr 12 2022 22:02:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 18542821 | EDI: PRA.COM | Apr 13 2022 02:03:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 18479487 | EDI: RMSC.COM | Apr 13 2022 02:03:00 | SYNCB/ Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 18479488 | EDI: RMSC.COM | Apr 13 2022 02:03:00 | SYNCB/Amazon PLCC, PO BOX 965015, Orlando, FL 32896-5015 |
| 18479489 | EDI: RMSC.COM | Apr 13 2022 02:03:00 | SYNCB/Sams, P.O. Box 965005, Orlando, FL 32896-5005 |
| 18487409 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 12 2022 22:07:55 | Swedish Medical Center, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 18480078 | + EDI: RMSC.COM | Apr 13 2022 02:03:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 18479490 | EDI: CITICORP.COM | | |

District/off: 1082-1      User: admin      Page 3 of 3

Date Rcvd: Apr 12, 2022      Form ID: 165      Total Noticed: 52

| | | Apr 13 2022 02:03:00 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
|---|---|---|---|
| 18479494 | + EDI: WFFC.COM | | |
| | | Apr 13 2022 02:03:00 | WFFNB/American Furniture, CSCL Dispute Team, MAC N8235-04M,PO Box 14517, Des Moines, IA 50306-3517 |
| 18532451 | EDI: WFFC.COM | | |
| | | Apr 13 2022 02:03:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18479476 | * | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 18479472 | ##+ | Front Range Surgical Associates, 8300 Alcott Street Suite 201, Westminster, CO 80031-4029 |
| 18479491 | ##+ | The Advantage Group, 5310 Homestead Road NE Bldg 1B, Albuquerque, NM 87110-1524 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2022      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam M Goodman | mail@ch13colorado.com  agoodman13@ecf.epiqsystems.com |
| Michael J. Watton | on behalf of Debtor Matthew Adam Epp wlgdnvr@wattongroup.com  MaloneyMR67557@notify.bestcase.com |
| Michael J. Watton | on behalf of Debtor Ashley Meghan Epp wlgdnvr@wattongroup.com  MaloneyMR67557@notify.bestcase.com |
| P. Matthew Cox | on behalf of Creditor Ally Financial pmc@scmlaw.com  mw@scmlaw.com |
| Thomas A. Arany | on behalf of Debtor Ashley Meghan Epp wlgdnvr@wattongroup.com |
| Thomas A. Arany | on behalf of Debtor Matthew Adam Epp wlgdnvr@wattongroup.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 7

(COB Form dsm13folpla)(10/09) Plan

# UNITED STATES BANKRUPTCY COURT
## District of Colorado

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address:

      Matthew Adam Epp
      Ashley Meghan Epp

aka(s), if any will be listed on the following page.
Debtor(s)

|  |  |
|---|---|
| Case No.: | 19−15470−MER |
| Chapter: | 13 |

SSN/TID
Nos.    xxx−xx−6580
       xxx−xx−8219

### ORDER DISMISSING CHAPTER 13 CASE AFTER CONFIRMATION OF PLAN

THIS MATTER comes before the Court on the Motion to Dismiss filed by Chapter 13 Trustee . Notice has been given to the debtor and debtor's counsel and the chapter 13 trustee as applicable.  No objections to the Motion were filed or any objections were resolved, withdrawn, or overruled.
The court

**FINDS** that:

    1. Dismissal of this case is appropriate pursuant to 11 U.S.C. section 1307(c)
    2. A Plan has been confirmed.
    3. No request for delayed revestment of property of the estate has been made.

**IT IS THEREFORE ORDERED** that:

    1. THIS CASE IS DISMISSED. The Clerk of the court shall serve this Order on all creditors and parties in interest within five (5) days.

    2. In accordance with 11 U.S.C. sections 349(b)(1) and (2), any transfer avoided under sections 522, 544, 545, 547, 548, 549 or 724(a) of Title 11, or preserved under section 510(c)(2), 522(i)(2) or 551 of Title 11 is reinstated; any lien voided under section 506(d) of Title 11 is reinstated; and any order, judgment or transfer ordered under sections 522(i)(1), 542, 550 or 553 of Title 11 is vacated.

    3. All property of the estate, except payments made by the Debtor(s) to the Trustee, shall revest in the Debtor(s) as of the date of this Order pursuant to 11 U.S.C. section 349.

    4. WITHIN 30 days of the date of this Order, the Trustee shall distribute payments received from the Debtor(s) in accordance with the terms of the confirmed Plan. 11 U.S.C. section 1326(a)(2).

    5. Any hearing scheduled in this case is VACATED.

Dated:  4/12/22

FOR THE COURT:
s/ Michael E. Romero
United States Bankruptcy Judge

## Aliases Page

**<u>Debtor aka(s):</u>**
No Aliases for Debtor

**<u>Joint Debtor aka(s):</u>**
No Aliases for Joint Debtor